IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00324-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENDRICK BRINKLEY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 52: Opinion and Judgment; Doc. No. 53: Mandate).

**IT IS, THEREFORE, ORDERED** that the parties shall file supplemental briefing addressing the status of Counts Two and Three, the convictions for which were vacated by the appellate court, within thirty (30) days of the entry of this Order.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: December 9, 2020

Robert J. Conrad, Jr.
United States District Judge